| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Olack, Neil P. | 2. Court or Organization<br><br>Southern District of MS | 3. Date of Report<br><br>04/23/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U. S. Bankruptcy Court<br>P.O. Box 2448<br>Jackson, MS 39225-2448 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Fellow | American College of Bankruptcy |
| 2. | Board of Directors | Mississippi Bankruptcy Conference, Inc. |
| 3. | Board of Governors | National Conference of Bankruptcy Judges (see Part VIII) |
| 4. | Advisory Board Member | St. Johns University School of Law (see Part VIII) |
| 5. | Executor | Estate, pursuant to Last Will & Testament,<br>(see Part VIII) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olack, Neil P. | 04/23/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 04/03/2011 to 04/06/2011 | Palm Desert, CA | Mid-Year Meeting | travel expenses, meals, lodging |
| 2. | Southeastern Bankruptcy Law Institute | 04/13/2011 to 04/15/2011 | Atlanta, GA | Conference | travel expenses, meals, lodging |
| 3. | Association of Insolvency & Restructuing Advisors | 06/08/2011 to 06/11/2011 | Boston, MA | Annual Conference | travel expenses, meals, lodging |
| 4. | National Conference of Bankruptcy Judges | 7/15/2011 to 07/17/2011 | Sandestin, FL | Award Ceremony for Judge David W. Houston, III at The Mississippi Bar Convention | travel expenses, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Olack, Neil P.** | 04/23/2012 |

| 5. | National Conference of Bankruptcy Judges | 10/11/2011 to 10/15/2011 | Tampa, FL | Annual Meeting | travel expenses, meals, lodging |
|---|---|---|---|---|---|
| 6. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olack, Neil P. | 04/23/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Mississippi Resident Tuition Assistance Grant | Grant awarded ▓ based on same criteria applied to others | $500.00 |
| 2. | Mississippi Eminent Scholars Grant | Grant awarded ▓ based on same criteria applied to others | $1,250.00 |
| 3. | Holmes Scholarship | Grant awarded ▓ based on same criteria applied to others | $500.00 |
| 4. | ▓ Academic Excellence 8 | Grant awarded ▓ based on same criteria applied to others | $2,000.00 |
| 5. | Mississippi Bar Convention | Samsung flat screen TV door prize won ▓ | $599.00 |
| 6. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olack, Neil P. | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (Y) Custodial Account #3 Schwab Sweep Fund Adv Cash Reserve | | None | | | | | | | |
| 2. Custodial Account #4 Schwab Sweep Fund Adv Cash Reserve | A | Dividend | K | T | | | | | |
| 3. Trustmark Checking (non-interest bearing) | | None | J | T | | | | | |
| 4. Schwab Cash and Money Market Fund (Sweep) | | None | J | T | | | | | |
| 5. Schwab Rollover IRA Sweep Money Market Fund | E | Dividend | O | T | | | | | |
| 6. (Y)Condominium-Southbury, CT, | A | Rent | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olack, Neil P. | 04/23/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions.  Line 3 - My term expired in 2011. I will no longer list the Board of Governors position on my Financial Disclosure Form.

Part I. Positions.  Line 4 - I resigned from this position in 2011.  I will no longer list the Advisory Board Member position on my Financial Disclosure Form.

Part I. Positions.  Line 5 -The estate _____ was closed in 2011.  I will no longer list the executor position on my Financial Disclosure Form.

Part VII. Investments and Trusts.   Line 1 -This custodial account was closed in 2011 when the _____ reached the age of majority. It will no longer appear on my Financial Disclosure Form.

Part VII. Investments and Trusts.  Line 6 - This estate was closed in 2011.  All assets were dispersed and this will no longer appear on my Financial Disclosure Form.

| Name of Person Reporting | Date of Report |
|---|---|
| Olack, Neil P. | 04/23/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Neil P. Olack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544